

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2019

No. 04-18-00835-CV

**IN THE INTEREST OF A.A.E., ET AL**,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA01456
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The appellant's first motion for extension of time to file brief is hereby GRANTED. Time is extended to January 27, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court